USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHARLES COLLINS,                                    :        20 Civ. 5944 (LTS) (RWL)
                                                    :
                           Plaintiff,               :
                                                    :
              - against -                           :        **ORDER**
                                                    :
CAROLINE ACEVEDO HOLGUIN, et al.,                   :
                                                    :
                           Defendants.              :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

At the parties' request, the initial pretrial conference scheduled for September 1, 2020 at 2:30 p.m. is adjourned *sine die*.  By October 16, 2020, the parties shall either file a notice of dismissal or a joint status report.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: September 1, 2020
        New York, New York